952 A.2d 1164

**Andre GAY, Petitioner**

**v.**

**SECRETARY'S OFFICE OF INMATE APPEALS AND GRIEVANCES, Respondent.**

Supreme Court of Pennsylvania.

May 20, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of May, 2008, the Application for Permission to Petition for Review *Nunc Pro Tunc* is hereby **DENIED.**